# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUGUES GERVAT, derivatively on behalf of ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ERIC S. YUAN, KELLY STECKELBERG, JONATHAN CHADWICK, CARL M. ESCHENBACH, PETER GASSNER, KIMBERLY L. HAMMONDS, DAN SCHEINMAN, SANTIAGO SUBOTOVSKY, and BART SWANSON <br><br> Defendants, <br><br> and <br><br> ZOOM VIDEO COMMUNICATIONS, INC., <br><br> Nominal Defendant. | C.A. No. 20-797 (LPS) |

## STIPULATION AND [PROPOSED] ORDER
## STAYING DERIVATIVE ACTION

WHEREAS, on June 11, 2020, plaintiff Hugues Gervat ("Plaintiff"), derivatively and on behalf of nominal defendant Zoom Video Communications, Inc. ("Zoom"), filed the above-captioned action (the "Derivative Action") against Eric S. Yuan, Kelly Steckelberg, Jonathan Chadwick, Carl M. Eschenbach, Peter Gassner, Kimberly L. Hammonds, Dan Scheinman, Santiago Subotovsky, and Bart Swanson (collectively, and with Zoom, "Defendants");

WHEREAS, there is presently a related and previously-filed federal securities class action pending against Zoom, Eric S. Yuan, and Kelly Steckelberg in the U.S. District Court for

the Northern District of California, captioned *In re Zoom Securities Litigation,* Case No. 20-cv-02353-JD (the "Securities Class Action");

WHEREAS, defendants in the Securities Class Action intend to file a motion to dismiss therein;

WHEREAS, the Derivative Action involves some of the same defendants, substantially similar subject matter, and substantially similar factual allegations underlying the Securities Class Action;

WHEREAS, in light of the similarities between the Derivative Action and the earlier-filed Securities Class Action, the parties to this Derivative Action agree that the proceedings in the Securities Class Action may inform the manner in which the Derivative Action proceeds;

WHEREAS, the parties to this Derivative Action agree to stay this Derivative Action until and through resolution of the forthcoming motion to dismiss in the Securities Class Action;

WHEREAS, this stipulation will conserve the parties' and judicial resources, and promote the efficient and orderly administration of justice;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants, through their undersigned counsel, hereby accept service of the Complaint and summons.

2. All proceedings and deadlines in this Derivative Action shall be stayed until the entry of any order(s) on a motion to dismiss the Securities Class Action.

3. Within 30 days of entry of any order(s) on a motion to dismiss in the Securities Class Action, the parties to this Derivative Action will meet and confer in good faith and file with the Court a proposed schedule in the Derivative Action, including for Defendants' response(s) to the operative complaint, which will be subject to approval by the Court.

4. Defendants need not answer, move, or otherwise respond to the complaint in the Derivative Action, or any subsequent complaint in the Derivative Action, until a response date is set and/or approved by the Court following the Court lifting the stay.

5. Counsel for Defendants shall promptly notify counsel for Plaintiff if and once they become aware of any other derivative action filed in any forum that is based on the same or substantially similar facts as those in this Derivative Action (a "Related Derivative Action").

6. Defendants shall promptly notify Plaintiff if a Related Derivative Action is not stayed for similar or longer duration than the Derivative Action.

7. If Defendants produce documents or written discovery to plaintiffs in any Related Derivative Action, Defendants shall promptly provide copies to Plaintiff in the Derivative Action. If Defendants produce documents to plaintiffs in any Related Derivative Action before the Related Derivative Action was filed, Defendants shall provide copies to Plaintiff in the Derivative Action promptly after the Related Derivative Action is filed.

8. Plaintiff has the option to terminate the stay if a Related Derivative Action is not stayed for a similar or longer duration by giving 30 days' notice via email to the undersigned counsel for Defendants.

9. If the parties in the Securities Class Action, or in any Related Derivative Actions, choose to pursue mediation or engage in formal settlement talks, Defendants agree to include Plaintiff in the Derivative Action in the mediation or formal settlement talks. In the event plaintiffs in the Securities Class Action or any Related Derivative Actions object to including Plaintiff in Derivative Action in the mediation or formal settlement talks, Defendants agree to mediate with Plaintiff in the Derivative Action at or about the same time.

10. During the stay, Plaintiff may file an amended complaint, but Defendants shall not be required to respond to any such amended complaint until after the stay of proceedings is lifted and the Parties have filed with the Court a proposed scheduling order governing further proceedings.

11. Defendants shall not move to stay the Derivative Action in deference to any Related Derivative Action.

12. The parties to this Derivative Action are not waiving any rights, claims, or defenses of any kind, and no part of this stipulation shall be construed as a waiver of any rights, claims, or defenses.

Dated: July 6, 2020                     **FARNAN LLP**

                                        */s/ Brian E. Farnan*

                                        _____
                                        Brian E. Farnan (# 4089)
                                        Michael J. Farnan (# 5165)
                                        919 N. Market Street, 12th Floor
                                        Wilmington, DE 19801
                                        Telephone: (302) 777-0300
                                        Facsimile: (302) 777-0301
                                        Email: bfarnan@farnanlaw.com
                                        Email: mfarnan@farnanlaw.com

                                        **THE BROWN LAW FIRM, P.C.**
                                        Timothy Brown
                                        240 Townsend Square
                                        Oyster Bay, NY 11771
                                        Telephone: (516) 922-5427
                                        Facsimile: (516) 344-6204
                                        Email: tbrown@thebrownlawfirm.net

                                        *Counsel for Plaintiff*

Dated: July 6, 2020                     **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

                                        */s/ Jennifer A. Ward*

                                        _____
                                        D. McKinley Measley (#5108)
                                        Jennifer A. Ward (#6476)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347
                                        (302) 658-9200
                                        dmeasley@mnat.com
                                        jward@mnat.com

**COOLEY LLP**
Patrick Gibbs
Jessica Valenzuela Santamaria
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5535
Facsimile: (650) 843-7400
pgibbs@cooley.com
jvs@cooley.com

*Counsel for Defendants*

IT IS SO ORDERED.

DATED: _____, 2020    _____
United States District Court
Chief Judge Leonard P. Stark