

**Blake A. Bennett**
Director
302-984-3889
bbennett@coochtaylor.com

August 2, 2022

<u>VIA CM_ECF</u>

Honorable Richard G. Andrews
U.S. District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Courtroom 6A
Wilmington, DE 19801

  Re: *In re Zoom Video Communications, Inc. Stockholder Derivative Litigation*,
     Consol. C.A. No. 1:20-cv-00797-VAC

Dear Judge Andrews:

  Counsel for plaintiffs Hugues Gervat, Sara Anderson, and Suzanne Flannery, and counsel for defendants Eric S. Yuan, Kelly Steckelberg, Johnathan Chadwick, Carl M. Eschenbach, Peter Gassner, Kimberly L. Hammonds, Dan Scheinman, Santiago Subotovsky, and Bart Swanson and nominal defendant Zoom Video Communications, Inc. hereby submit this letter pursuant to this Court's August 1, 2022 Oral Order for the parties to file a status letter apprising the Court as to the status of the case.

  The action is stayed until and through resolution of a motion to dismiss in the securities class action pending in the U.S. District Court for the Northern District of California, captioned *In re Zoom Securities Litigation*, Case No. 3:20-cv-02353-JD (the "Securities Class Action") (D.I. 5). On February 16, 2022, the court granted and denied in part defendants' motion to dismiss ("Order on the Motion to Dismiss"). Defendants in the Securities Class Action on March 14, 2022 filed a motion for partial reconsideration of the Order on the Motion to Dismiss. On March 22, 2022, the Court ordered Plaintiff to respond to the Reconsideration Motion, which Plaintiff did on March 29, 2022.

  Defendants' motion for reconsideration in the Securities Class Action remains pending. The parties therefore agree that the motion to dismiss in the Securities Class Action has not been resolved, so that the stay agreement in this action remains in effect.

*In re Zoom Video Communications, Inc. Stockholder Derivative Litigation*
**August 2, 2022**
**Page 2**

      Should Your Honor have any further questions, counsel is available at the Court's convenience.

                                      Respectfully submitted,

                                      */s/ Blake A. Bennett*

                                      Blake A. Bennett (#5133)

BAB/cls
cc:    All parties (via CM/ECF)