IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ZOOM VIDEO COMMUNICATIONS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Consol. C.A. No.: 1:20-cv-00797-GBW |

**PLAINTIFF'S NOTICE OF NON-OBJECTION IN SUPPORT OF MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND SERVICE AWARD**

Plaintiff Suzanne Flannery ("Plaintiff") hereby notifies the Court that the July 8, 2025, deadline to file and serve any objections to the proposed Settlement has passed, and, as of the date of this filing, no objections have been filed, served, or otherwise received by counsel for the Parties.[1]

Pursuant to the Court's April 21, 2025, amended revised preliminary approval order (D.I. 78) (the "Revised Preliminary Approval Order"), Zoom timely disseminated the Notice in the time, manner, and form approved by the Court as satisfying Rule 23.1 of the Federal Rules of Civil Procedure and due process standards. *See* Declaration of Ryan E. Blair Regarding Publication of Notice and Filing and Publication of Notice of Pendency of Settlement of Derivative Action, ¶¶2-4 (D.I. 79). The Notice advised Current Zoom Stockholders of the material terms of the proposed Settlement, the agreed Fee and Expense Amount and the Service Awards to be drawn therefrom, and the July 8, 2025, deadline for filing and serving any objections. Based upon consultations with counsel for the Parties and review of the docket, Plaintiff is pleased to confirm that, as of the July 8, 2025, deadline as well as of the date of this filing, no objections have been filed or served,

---

[1] All capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated January 14, 2025, filed with the Court on January 16, 2025 (D.I. 70-1) ("Stipulation").

- 1 -

and the Parties are not otherwise aware of any objections to any part of the Settlement.

The absence of objections is strong evidence that the Settlement, including the agreed Fee and Expense Amount and Service Awards, are fair and reasonable. *See, e.g.*, *In re Intel Corp. Derivative Litig.*, 2010 WL 2955178, at *2 (D. Del. July 22, 2010) ("it is very significant that only a few shareholders have objected to the settlement"); *In re Healthcare Servs. Grp., Inc. Derivative Litig.*, 2022 WL 2985634, at *13 (E.D. Pa. July 28, 2022) (absence of "any objections to any aspect of the Settlement" or "to the request for attorneys' fees and expenses" "weighs in favor of an award for attorneys' fees and expenses"); *In re Cendant Corp., Derivative Action Litig.*, 232 F. Supp. 2d 327, 337 (D.N.J. 2002) (observing that the "absence of large numbers of objections mitigates against reducing fee awards").

The absence of objections from Zoom's institutional stockholders is particularly significant given that Zoom has over 260 million shares outstanding, over 72% of which are owned by sophisticated institutions (*e.g.*, the Vanguard Group Inc., BlackRock, Inc., and FMR, LLC)[2] who "have the knowledge and resources to properly evaluate a settlement and to object if necessary." *See In re Wilmington Tr. Sec. Litig.*, 2018 WL 6046452, at *5 (D. Del. Nov. 19, 2018) (lack of objections is "particularly remarkable" given large percentage of stock owned by "institutional investors").

Accordingly, Plaintiff respectfully submits that the reaction of Zoom's stockholders strongly supports final approval of the Settlement, the agreed Fee and Expense Amount, and the Service Awards.

*[signature block on following page]*

---

[2] *See* Nasdaq, https://www.nasdaq.com/market-activity/stocks/zm/institutional-holdings.

Dated: July 15, 2025    **COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19899
Telephone: (302) 984-3800
Facsimile: (302) 984-3939
E-mail: bbennett@coochtaylor.com

**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
E-mail: bfarnan@farnanlaw.com
         mfarnan@farnanlaw.com

**BIELLI & KLAUDER, LLC**
Ryan M. Ernst (Bar No. 4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
E-mail: rernst@bk-legal.com

*Co-Liaison Counsel for Plaintiffs*

**GAINEY MCKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
E-mail: tjmckenna@gme-law.com
         gegleston@gme-law.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

**ROBBINS LLP**
Brian J. Robbins
Stephen J. Oddo
Kevin A. Seely
5060 Shoreham Place, Ste. 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

E-mail: brobbins@robbinsllp.com
soddo@robbinsllp.com
kseely@robbinsllp.com

*Co-Lead Counsel for Plaintiffs*

E-mail: brobbins@robbinsllp.com
soddo@robbinsllp.com
kseely@robbinsllp.com

*Co-Lead Counsel for Plaintiffs*